1983 Form

JHQ S

# In the United States District Court
# For the Northern District of Alabama

Bruce Hill
AIS# 138707
_____

CV-16-K-2032-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Joe Binder, et al.,

In Their Individual and Official
Capacities.

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____ N/A

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____ N/A

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____ N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit _____ N/A

7. Approximate date of disposition _____

II. Place of present confinement William E. Donaldson Corr. Fac.

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint ~~in the state prisoner grievance procedure~~?
      Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? Filed written Complaints to warden(s) Belling, Miree, Pickens, Capt. Baldwin, Classification Supv.- Ms. Bonner, Ms. Evans-Cls. Spec., Comm: Dunn, Dpty. Comm: Culliver, Dir. of operations Cheryl Price

      2. What was the result? At this time of filing Complaint Action no response from either party.

   D. If your answer is NO, explain why not? N/A

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Bruce Hill, #138707 (P-7) Donaldson Corr. Fac.

      Address 100 Warrior Lane Bessemer, AL 35023

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **Joe Binder**

is employed as **Officer**

at **William E. Donaldson Corr. Fac.**

C. Additional Defendants **Commissioner-Jefferson Dunn, Dpty. Comm.- Grant Culliver, Dir. of Operations- Cheryl Price, Classification Supv.- Ms. Bonner, Classification Specialist- Ms. Evans, Warden Bolling, Warden Miree, Warden Pickens, and unknown named screening nurse of Corizon Health, Lt. Thrasher**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On Nov. 14th, 2016, Plaintiff and Inmate Robert Gill was escorted to the chapel by "officer Clark" from the law library for the x-mas program and upon our return "officer Clark" stated he'd allow us to get our legal mail and work out of the law library, so when the program was over as we returned to the east Hall I was approached by "officer Binder" at the right side of Main cubicle and he said get in the fucking block so I went around the left side of Cubicle calling for officer Clark to retrieve my legal work out of the law library heading towards my unit 4-Block C-D and thats when Officer Binder came up behind me and jarred his baton in my lower spine and that's when we got to arguing Because I asked him what the Hell

-3-

you do that for and he said I told you to get the Hell in the block and that's when the other officers and Supervisor came and he was attempting to hit me with the Baton again and other inmates on the Hall came between Binder and I and I was ordered to go in the Block I just cannot turn my Back to him (Binder) Because He

V. **RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Plaintiff Request A Declaration that the Acts and omissions described herein violated his rights under the Constitution and laws of the United States; 2) A preliminary and permanent Injunction ordering defendants To Transfer plaintiff for his safety Immediately; 3) Punitive and Compensatory Damages for $25,000.00 jointly and severally of each Individual Defendant, 4) Demand Jury Trial, 5) Appointment of Counsel, 6) order implementation of grievance Procedure, 6) review of Policies and Records and any additional relief this court deems Justly, proper and equitable.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2016
          (date)

Bruce Hill #138707 (P-7)
Bruce Hill
100 warrior lane
Bessemer, Al
   35023

Signature(s)

- 4 -

Continued Statement: 1.

1. (Joe Binder-co) was suspended in 2011-2012 for using excessive force while Plaintiff was in handcuffs, he slammed Plaintiff on his head to the concrete floor while Plaintiff was Defenseless and not resisting and there was "no penological interest" in his "attack," and the recommended suspension by "Warden Gary Hetzel" was "approved" by "Commissioner Kim Thomas" and the personnel Department where the suspension entailed loss of pay," and "Warden Hetzel" Submitted to this "Federal Court of Northern District of Alabama, an "Affidavit," stating," He was transferring the Plaintiff to keep me from having Contact with officer Binder and that also to keep Plaintiff from any retaliation from Binder and other officers at this facility "Donaldson," and "during the litigation in the Alabama Dept of Corr. "Legal Div." would not represent officer Binder during this litigation and ordered Him Binder to retain Personal Counsel," and this attack was due to retaliation, Conspiracy to Deprive Plaintiff of his Civil Rights which makes it a Crime for a State official to act willfully and under color of law to deprive a person of Constitutional Rights, his officer Binder Attack was deliberate indifference to Subject Plaintiff to Cruel and unusual Punishment, and denial of Due process and property interest and His Conspiracy with medical nurse unknown nam-

Continued Statement: 2

to Deny me medical treatment because when I was exiting the block once being escorted by out of dorm by "Officers Mason and officer Gaines" into the Hall way "Lt. Thrasher" grabbed me by the collar of the back of my shirt snatching my Head back "Sgt. Snellson" told him to let me go and he was taking me to the shower area In units I and J-units and later I was escorted to the Infirmary "officer Lewis" was the "Cubicle officer" of "I and J units on nov.14, 2016" upon my arrival at the infirmary "officer Binder" was talking to the unknown named officer(s) and "nurse unknown" that consulted me "Binder" finished talking to her she stated "Okay" and she said a few things to me and "I told her "Binder" had hit me in my Back with his baton for no reason from behind as he came around from the right side of main Cubicle on East Hall as I'd came around left side" and "she said: "You can go" she never checked vitals or anything, didn't look at my back either as she looked up at "Binder", I filed a grievance on her for denial of medical treatment and never received a response. I filed Complaints to the Commissioner's

Continued Statement: 3

Office to: commissioners office - Jefferson S. Dunn, Commissioner, Dpty. Comm. - Grant Culliver, Dir. of operations - Cheryl Price in the months of June, July, August, September, October 2016 never to receive a response concerning my safety of obvious Risk of harm again by officer Binder and In late "October or early november" - Ms. Bonner - Classification - "Supervisor" "called me to her office and told me personally that - Director of Operations - Cheryl Price" said: "Leave me at the facility" after they'd all seen the "Affidavit of "Warden Hetzel" - from federal Court concerning him transferring Plaintiff for His safety"; all parties acted with Deliberate indifference to Plaintiff's risk of Harm Cause Plaintiff forwarded a copy of "Affidavit and Suspension approval by Comissioner - Kim Thomas and personnel Board Against officer Binder for excessive force / no retaliation ; Transfer". In 2011, Plaintiff was transferred BACK as "Cheryl Price" was warden", I had been asking to transfer for my safety she kept me at facility, I seen "Her" and "Commissioner - Thomas" come into Kitchen during lunch Informed "Commissioner - Kim Thomas" of the Issue" he ordered her to transfer me "Cheryl Price". "Ms. Evans" attempted a transfer and it was denied for my safety' After Seeing "Affidavit and suspension" Saying" I don't understand why you're her

Continued Statement : 4.

*On nov. 14, 2016, Joe Binder was assigned to K-4 Block and he left his Post in violation of AR#208 Employee Standard of Conduct and discipline and AR#208 use of force in retaliation, "with the intent that officers would help him attack me in the east hall way once he started the mutual attack and Cameron, but they didn't respond before I entered the block and upon my exit only "Lt.Thrasher snatched my neck back". I was not combative towards him nor did I assault him nor did I refuse any direct order.
Officer clark stated; "I didn't see that coming," because he knows I was not creating any problems during his complete escort to not from Chapel trying to enter 4-Block c-D units before officer Binder started his attack. Lt.Thrasher and officer Binder acted Maliciously and Sadistically with intent to cause harm obviously while subjecting me to cruel and unusual punishment in violation of Due process. They've taken all of my legal work and property without no Penological Interest other than to hinder and delay and deny me access to Court. I was written two fabricated charges of Threats and disobeying a direct order and initially they had gotten the inmate who threatened Binder and this other officers about a knife and killing them on nov. 14, 2016. They've Taken my back fence that the Doctor prescribed for me by first.lt. leaving me to suffer severe back pain. Even nurse clark asked officer Johnson to get it out of my property that's stored with ALDOC in property Room in which they let the "Office" inmate Jurines," Do their Property Sheets for inmates going to Segregation and upon intake and that's why officer Johnson should of nurse clark the property sheet without a showing of back Brace because he failed to Put it on the inventory sheet but it's there I reported the back pains to her and reassigned up for sick call seeking treatment and back Brace, and all supervisory authorities Did nothing. After being advised of these violations concerning my safety just left me here in fear six (6) months, later to be attacked by Joe Binder again after placing to be transfered